AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SLOVITER, DELORES K. | UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT | 11/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES CIRCUIT JUDGE - SENIOR | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>04/04/2016 |

**7. Chambers or Office Address**

18614 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SLOVITER, DELORES K. | 11/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SLOVITER, DELORES K. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  AT&T - COM. STOCK | D | Dividend | M | T | | | | | |
| 2.  BENEFICIAL MUTUAL BANCORP - COM. STOCK | A | Dividend | J | T | | | | | |
| 3.  BETHLEHEM PA 3.625% | A | Interest | K | T | | | | | |
| 4.  MCKEESPORT PA 3.875% | A | Interest | K | T | | | | | |
| 5.  EXELON - COM. STOCK | C | Dividend | L | T | | | | | |
| 6.  GE - COM. STOCK | C | Dividend | O | T | | | | | |
| 7.  IT&T INDISTRIES - COM. STOCK | A | Dividend | J | T | | | | | |
| 8.  HANESBRAND, INC. - COM. STOCK | A | Dividend | J | T | | | | | |
| 9.  HARTFORD FIN. SERVICES - COM. STOCK | A | Dividend | J | T | | | | | |
| 10. PSEG - COM. STOCK | A | Dividend | K | T | | | | | |
| 11. XYLEM - COM. STOCK | A | Dividend | K | T | | | | | |
| 12. VANGUARD MUN. BOND FUNDS | E | Dividend | P1 | T | | | | | |
| 13. VANGUARD WINDSOR II | F | Dividend | O | T | | | | | |
| 14. VANGUARD STAR FUND | C | Distribution | M | T | | | | | |
| 15. VANGUARD 500 INDEX FUND | D | Dividend | M | T | | | | | |
| 16. ALLEGHENY HIGHER ED., 4.5%, '22 | A | Interest | J | T | | | | | |
| 17. WEST MIFFLIN PA AREA S.D. B/E | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SLOVITER, DELORES K. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CECIL TWP. PA 2.9% | B | Interest | L | T | | | | | |
| 19. GREATER JOHNSTOWN, 5%, '19 | A | Interest | J | T | | | | | |
| 20. NORTHAMPTON, 5%, '39 | A | Interest | K | T | | | | | |
| 21. NORTHEASTERN, PA 4.5%, '26 | B | Interest | K | T | | | | | |
| 22. PA HSG. FIN. AGENCY, 4.25%, '24 | A | Interest | J | T | | | | | |
| 23. PA HSG. FIN. AGENCY, 5.0%, '23 | B | Interest | J | T | | | | | |
| 24. PA ST. HFA, 4.5%, '24 | A | Interest | K | T | | | | | |
| 25. PA FIRST SERIES B, 4.375%, '27 | A | Interest | K | T | | | | | |
| 26. PA FIRST SERIES B/E, 4.375%, '28 | B | Interest | K | T | | | | | |
| 27. PHILA. PARKING, 5.125%, '24 | A | Interest | J | T | | | | | |
| 28. PLUM BORO PA/SD 2.9%, '25 | A | Interest | K | T | | | | | |
| 29. READING, 4.45%, '27 | B | Interest | K | T | | | | | |
| 30. READING S.D., 4.75%, '38 | B | Interest | K | T | | | | | |
| 31. SOMERSET S.D., 4.2%, '22 | A | Interest | K | T | | | | | |
| 32. WELLS FARGO | A | Interest | K | T | | | | | |
| 33. TEMPLE UNIVERSITY CHAR. GFT. ANN. | A | Interest | K | T | | | | | |
| 34. UNIV. OF PENN. CHAR. GFT. ANN. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SLOVITER, DELORES K. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. READING WATER 5.0 | B | Interest | K | T | | | | | |
| 36. FRAZIER PA. SCHOOL DIST., 2.5% | A | Interest | K | T | | | | | |
| 37. NESHANNOCK TWP. PA SCHOOL | B | Interest | L | T | | | | | |
| 38. WASH. PA. PARKING AUTH., 3%, '23 | B | Interest | L | T | | | | | |
| 39. JEANETTE PA SD, 2.75% | C | Interest | L | T | | | | | |
| 40. HIGHBRIDGE PA WTR AUTH '24 | B | Interest | L | T | | | | | |
| 41. MIDD WEST SD PA, 3.25% | B | Interest | L | T | | | | | |
| 42. OLEY VALLEY PA SD | B | Interest | L | T | | | | | |
| 43. FAIRFIELD PA AREA SD, 2.65% | B | Interest | L | T | | | | | |
| 44. DEER LAKES SD PA, 3.0% | C | Interest | L | T | | | | | |
| 45. MON VALLEY PA SWR AUTH., 2.75%, '25 | B | Interest | L | T | | | | | |
| 46. WASH CNTY PA SER, 3.25%, '26 | C | Interest | L | T | | | | | |
| 47. MIFFLIN CNTY PA RFDG, 3.3%, '27 | C | Interest | M | T | | | | | |
| 48. TD BANK CASH ACCOUNTS | A | Interest | J | T | | | | | |
| 49. JANNEY INSURED MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 50. CITIZENS BANK (X) | A | Interest | J | T | | | | | |
| 51. HARRIS CORP DEL (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SLOVITER, DELORES K. | 11/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CHELTENHAM PA 3.0% (X) | A | Interest | K | T | | | | | |
| 53. MCKEESPORT PA 3.5% (X) | A | Interest | K | T | | | | | |
| 54. PA ST. 4.0%, '31 (X) | A | Interest | K | T | | | | | |
| 55. PA ST. 5.0%, '39 (X) | A | Interest | J | T | | | | | |
| 56. PITTSBURGH, PA 3.0%, '27 (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SLOVITER, DELORES K. | 11/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 5A. REPORT TYPE - ORIGINALLY REPORTED AS ANNUAL. CHANGED TO "FINAL".

LINE 5B. - AMENDED REPORT BOX CHECKED.

LINE 6A. REPORTING PERIOD - ORIGINAL ENDING DATE WAS 04/14/2016. CHANGED TO 04/04/2016.

PART VII

ASSETS

ORIGINALLY REPORTED ASSET #

12. VANGUARD MUN. BOND FUNDS - SEE VIII
 - ASSET NAME WAS MODIFIED TO REMOVE "SEE VIII" - REPORTED INCORRECTLY
 - AMOUNT CODE WAS MODIFIED FROM G TO E TO REFLECT TO CORRECT PORTION OF INCOME DERIVED DURING THE REPORTING PERIOD.

21. NORTHEASTERN, PA 4.5%, '26
 - TRANSACTION DURING REPORTED PERIOD WAS REMOVED SINCE THE TRANSACTION TOOK PLACE OUTSIDE OF THE REPORTING PERIOD.

24. PA ST. HFA, 4.5%, '24
 - TRANSACTION DURING REPORTED PERIOD WAS REMOVED SINCE THE TRANSACTION TOOK PLACE OUTSIDE OF THE REPORTING PERIOD.

48. TD BANK CASH ACCOUNTS (X)
 - ASSET NAME WAS MODIFIED TO REMOVE (X). THE ASSET DID NOT QUALIFY FOR (X) TREATMENT.

49. JANNEY INSURED MONEY MARKET FUND (X)
 - ASSET NAME WAS MODIFIED TO REMOVE (X). THE ASSET DID NOT QUALIFY FOR (X) TREATMENT.

50. US BANK
 - ASSET REMOVED. THE ASSET WAS PREVIOUSLY REPORTED UNDER ASSET 19.

51. CITIZENS BANK
 - ASSET NAME CHANGED TO "CITIZENS BANK (X). THE AMOUNTS IN THE PREVIOUS REPORTING PERIOD WERE BELOW THE FILING THRESHOLD.

52. VANGUARD PA LT T/E ADMIRAL
 - ASSET REMOVED. THE ASSET WAS PREVIOUSLY REPORTED UNDER ASSET 12.

53. HARRIS CORP DEL
 - ASSET NAME CHANGED TO "HARRIS CORP DEL (X). THE AMOUNTS IN THE PREVIOUS REPORTING PERIOD WERE BELOW THE FILING THRESHOLD.

54 CHELTENHAM PA 3.0%
 - ASSET NAME CHANGED TO "CHELTENHAM PA 3.0% (X). THE AMOUNTS IN THE PREVIOUS REPORTING PERIOD WERE BELOW THE FILING THRESHOLD.

55. EXETER PA 3.0%
 - ASSET REMOVED. THE ASSET DID NOT EXIST DURING THE REPORTING PERIOD.

56 MCKEESPORT PA 3.5%
 - ASSET NAME CHANGED TO "MCKEESPORT PA 3.5% (X). THE AMOUNTS IN THE PREVIOUS REPORTING PERIOD WERE BELOW THE FILING THRESHOLD.

57. 8 PA ST PA 4.5%, '24
 - ASSET REMOVED. THE ASSET WAS PREVIOUSLY REPORTED UNDER ASSET 24.

58. PA ST. 4.0%, '31

| Name of Person Reporting | Date of Report |
|---|---|
| SLOVITER, DELORES K. | 11/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

- ASSET NAME CHANGED TO "PA ST. 4.0%, '31 (X). THE AMOUNTS IN THE PREVIOUS REPORTING PERIOD WERE BELOW THE FILING THRESHOLD.

59 PA ST. 5.0%, '39
- ASSET NAME CHANGED TO "PA ST. 5.0%, '39 (X). THE AMOUNTS IN THE PREVIOUS REPORTING PERIOD WERE BELOW THE FILING THRESHOLD.

60 PITTSBURGH, PA 3.0%, '27
- ASSET NAME CHANGED TO "PITTSBURGH, PA 3.0%, '27 (X). THE AMOUNTS IN THE PREVIOUS REPORTING PERIOD WERE BELOW THE FILING THRESHOLD.

61 SPRING, PA 3.0%, '29
- ASSET REMOVED. THE ASSET DID NOT EXIST DURING THE REPORTING PERIOD.

| Name of Person Reporting | Date of Report |
|---|---|
| SLOVITER, DELORES K. | 11/01/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ DELORES K. SLOVITER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544